IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Pyrotek, Inc.,** | : | **Civil Action No.: 05-CV-1891 DCN** |
| Plaintiff, | : | **Honorable Judge Donald C. Nugent** |
| v. | : | **Magistrate Judge Hemann** |
| **Molten Metal Equipment Innovations, Inc.,** | : | |
| Defendant. | : | |

**STIPULATION OF DISMISSAL BETWEEN PLAINTIFF AND DEFENDANT**

WHEREAS, Plaintiff Pyrotek, Inc. ("Pyrotek") and Defendant Molten Metal Equipment Innovations, Inc. ("MMEI") have entered into a Settlement Agreement effective February 23, 2006;

NOW, THEREFORE, Pyrotek and MMEI stipulate, subject to approval of the Court, that:

1.  Pyrotek's complaint against MMEI is dismissed in its entirety with prejudice subject to the terms of The Settlement Agreement.

2.  MMEI's counterclaims in their entirety are dismissed with prejudice subject to the terms of the Settlement Agreement.

3.  Each party shall bear its own attorney's fees, expenses and costs.

STIPULATED AND AGREED TO THIS 2ND DAY OF MARCH 2006:

| | |
|---|---|
| /s/  Steven M.Auvil | /s/  Sasha Markovic  (by permission) |
| Steven M. Auvil (0063827) | Timothy J. O'Hearn |
| sauvil@bfca.com | tohearn@jonesday.com |
| Bryan A. Schwartz | Robert L. Canala |
| bschwartz@bfca.com | rcanala@jonesday.com |
| Bryan Jaketic | Arthur P. Licygiewicz |
| bjaketic@bfca.com | alicygiewicz@jonesday.com |
| **BENESCH, FRIEDLANDER,** | Sasha Markovic |
| **COPLAN & ARONOFF LLP** | smarkovic@jonesday.com |
| 2300 BP Tower | **JONES DAY** |
| 200 Public Square | 901 Lakeside Avenue |
| Cleveland, Ohio 44114-2378 | Cleveland, OH 44114 |
| Telephone:  (216) 363-4500 | Telephone:  (216) 586-7313 |
| Facsimile:  (216) 363-4588 | Facsimile:  (216)-579-0212 |
| | |
| David A. Nelson | James A. DeRoche |
| david.nelson@lw.com | jderoche@garson.com |
| Eric H. Findlay | **GARSON & ASSOCIATES** |
| Eric.Findlay@lw.com | 1600 Rockefeller Bldg. |
| Amanda J. Hollis | 614 Superior Avenue, NW |
| amanda.hollis@lw.com | Cleveland, OH 44113 |
| **LATHAM & WATKINS** | Telephone:  (216) 696-9330 |
| 5800 Sears Tower | Facsimile:  (216) 696-8558 |
| 233 South Wacker Drive | |
| Chicago, IL 60606-6401 | Attorneys for Defendant |
| Telephone:  (312) 876-6569 | Molten Metal Equipment Innovations, Inc. |
| Facsimile:  (312) 993-9767 | |

Shawn E. McDonald
shawn.mcdonald@lw.com
**LATHAM & WATKINS**
Ste. 4000
633 West Fifth Street
Los Angeles, CA 90071
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763

Attorneys for Plaintiff
Pyrotek, Inc.

So ORDERED and SIGNED this \_\_\_\_ day of _____, 2006.

                                              _____
                                              Judge Donald C. Nugent
                                              United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2006 a copy of the foregoing **STIPULATION OF DISMISSAL BETWEEN PLAINTIFF AND DEFENDANT** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/  Steven M. Auvil
Attorney for Plaintiff